IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JUSTICE A. MITCHELL                                              PLAINTIFF

v.                         Case No. 13-6102

SHERIFF LARRY SANDERS,
Garland County, Arkansas                                         DEFENDANT

## ORDER

Now on this 25th day of September 2014, there comes on for consideration the report and recommendation filed herein on April 11, 2014, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 18). Also before the Court are Plaintiff's objections. (Doc. 19).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendant's Motion to Dismiss (doc. 13) is GRANTED, and Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE as the claims are frivolous and fail to state claims upon which relief may be granted. *See* 28 U.S.C. § 1915A(b). Plaintiff is advised that this dismissal is considered a "strike" for purposes of the Prison Litigation Reform Act. 28 U.S.C. § 1915(g). IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

AO72A
(Rev. 8/82)